Date signed January 13, 2010



PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ERNESTO BONIFACIO | : | Case No. 09-23136PM |
| | : | Chapter 7 |
| Debtor | : | |

**MEMORANDUM TO MOVANT
US BANK NATIONAL ASSOCIATION**

      This case is before the court on the Motion of US Bank National Association, as Trustee, for an order to reopen the case in order to enable it to file a motion to annul the stay of 11 U.S.C. § 362(a). This case was filed on July 20, 2009. Under such cases as *In re Denny*, 242 B.R. 593 (BC Md. 1999), and *In re DeSouza*, 135 B.R. 793 (BC Md. 1991), the Movant would have been entitled to relief from the stay as a matter of course. However, the Movant continued taking actions during the pendency of the automatic stay. What is puzzling to the court is that its service, America Servicing Co. received notice of the filing of the case and took no action to advise its principal.

      The court will act on this matter upon receiving a response from the Movant, US Bank National Association, describing the nature of its relationship with America Servicing Co. with respect to the subject property.

cc:
Brian S. McNair, Buonassissi Henning Lash, 1861 Wiehle Avenue, #300, Reston VA 20190
Ernesto Bonifacio, 4 Starboard Court, Gaithersburg, MD 20877
Dawn C. Stewart, Esq., 1050 Connecticut Avenue, NW, Washington DC 20036
Cheryl E. Rose, Trustee, 12154 Darnestown road, #623, Gaithersburg MD 20878

**End of Memorandum**
